UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASHAD BEY, *aka* ANTHONY GUESS,

    Petitioner,

v.

COMMONWEALTH OF
MASSACHUSETTS, et al.,

    Respondents.

Civil Action No. 21-10409-ADB

## FINAL ORDER OF DISMISSAL

In accordance with the order dated April 29, 2021, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 4/30/2021

By the Court,

/s/ Karen Folan
Deputy Clerk